UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ROBERT RAY SEXTON, JR. | : | |
| and JOANNE MARIE SEXTON, | : | CASE NO. 18-60472-LRC |
| | : | |
| Debtors. | : | |
| | : | |

**REPORT OF SALE**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

On or about March 1, 2019, the Trustee sold real property of the estate known as 3906 King Fisher Circle, Snellville, GA 30039 ("**Property**") to Vernon E. Shaw ("**Purchaser**") for $165,000.00 as ordered and approved by the Court on February 28, 2019 [Doc. No. 41].

2.

Attached hereto as Exhibit "A" is the Seller's Settlement Statement from the sale. The Trustee reports that he has completed the delivery of the Property to the Purchaser and has received net funds of $19,760.42 from the sale.

Respectfully submitted this 25th day of March, 2019.

                                              /s/
                                              S. Gregory Hays
Hays Financial Consulting, LLC            Chapter 7 Trustee
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net

Exhibit "A"

Case 18-60472-lrc    Doc 43    Filed 03/25/19    Entered 03/25/19 15:49:47    Desc Main
Document      Page 2 of 4

# Seller's Settlement Statement



**CAMPBELL & BRANNON**
ATTORNEYS AT LAW

| | |
|---|---|
| **Settlement Date:** | 03/01/2019 |
| **Disbursement Date:** | 03/01/2019 |
| **Settlement Location:** | 5565 Glenridge Connector, Suite 350, Atlanta, GA 30342 |
| **File Number:** | |
| **Lender:** | Mortgage Research Center LLC |
| **Loan Type:** | FHA |
| **Borrower:** | Vernon E. Shaw<br>3906 King Fisher Circle Unit 47<br>Snellville, GA 30039 |
| **Seller:** | S. Gregory Hayes as and only as Trustee in Bankruptcy for the Estate of Robert Ray Sexton Jr. and Joanne Marie Sexton<br>2964 Peachtree Road NW<br>Suite 555<br>Atlanta, GA 30305 |
| **Property location:** | 3906 King Fisher Circle Unit 47<br>Snellville, GA 30039 |
| **Tax Parcel No:** | R5002-322 |

| | Seller Debit | Seller Credit |
|---|---:|---:|
| **Financial Consideration** | | |
| Sale Price of Property | | 165,000.00 |
| Seller Credit | 1,724.00 | |
| **Prorations/Adjustments** | | |
| County Taxes ($2449.84) 01/01/19 - 03/01/19 | 396.00 | |
| **Commissions** | | |
| Commission- Listing Agent to Atlanta Communities | 4,950.00 | |
| Commission- Selling Agent to BHGRE Metrobrokers | 4,950.00 | |
| **Payoffs** | | |
| Payoff of First Mortgage Loan to Pennymac | 89,131.58 | |
| **Miscellaneous Debits/Credits** | | |
| Debtor's Homestead Exemption to Robert Ray Sexton, Jr. and Joanne Marie Sexton | 30,812.00 | |
| Reimbursement for repairs to C & B ESCROW HOLD | 13,276.00 | |
| **Subtotals** | 145,239.58 | 165,000.00 |
| **Balance Due TO Seller** | 19,760.42 | |

## CERTIFICATE OF SERVICE

I hereby certify that I am over the age of 18 and that on this day I served a copy of the foregoing *REPORT OF SALE* by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

>Office of the United States Trustee
>362 Richard B. Russell Building
>75 Ted Turner Drive, SW
>Atlanta, GA 30303
>
>Robert Ray Sexton, Jr.
>3906 King Fisher Circle
>Snellville, GA 30039
>
>Joanne Marie Sexton
>3906 King Fisher Circle
>Snellville, GA 30039
>
>J. Keith Cornwell
>Cornwell Law Firm, LLC
>Suite 400
>2180 Satellite Blvd.
>Duluth, GA 30097

Dated: March 25, 2019.

>\_\_\_\_\_/s_____
>S. Gregory Hays
>Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net